UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>JAMES JENKINS,<br><br>　　　　　　Defendant. | No: 4:25-mj-68<br><br>Criminal Complaint<br><br>Possession of a Firearm by a Prohibited Person<br>(18 U.S.C. §§ 922(g)(1) and 924(a)(8))<br><br>Forfeiture Notice<br>(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)) |

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about March 18, 2025, in the District of South Dakota, the defendant, James Jenkins, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Just Right, model JR carbine, 9mm caliber pistol, bearing serial number JRCV071399, which had been shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

This criminal complaint is based on the facts set forth in my affidavit filed herewith.

_____
Derek Malone, Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Subscribed and sworn to telephonically this  21  day of March, 2025.

_____
VERONICA L. DUFFY
United States Magistrate Judge

## FORFEITURE NOTICE

The allegations contained in this Criminal Complaint are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offense set forth in the Criminal Complaint, the defendant, James Jenkins, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: a Just Right, model JR carbine, 9mm caliber pistol, bearing serial number JRCV071399.

Defendant: <u>James Jenkins</u>

Penalty: Up to 15 years; $250,000 fine; up to 3 years SR, 2 years on revocation; and $100 VAF; Forfeiture; Restitution.

Dated: March 21, 2025